23679. REDMAN *v.* REDMAN *et al.*

DECIDED SEPTEMBER 19, 1934.

*Hammond & Kennedy,* for plaintiff.

*Bussey & Fulcher, Nathan Jolles, C. Vernon Elliott, Paul T. Chance,* for defendants.

BROYLES, C. J. This is an action arising under the workmen's compensation law, and is a contest between two women, Georgia Redman and Pearl Redman, each of whom claims to have been the lawful wife of Leonard Redman at the time of his death. The director of the Department of Industrial Relations, who tried the case, upon conflicting evidence, held that Georgia Redman was the lawful wife of the deceased employee at the date of his death, and awarded compensation to her. Pearl Redman appealed to the superior court, and that court affirmed the award. After a careful reading of the evidence, we are satisfied that the finding and the award of the director are amply authorized, and that the judge of the superior court did not err in affirming the award.

*Judgment affirmed. MacIntyre, J., concurs. Guerry, J., dissents.*